1  David C. Parisi (SBN 162248)
   Suzanne Havens Beckman (SBN 188814)
2  Parisi & Havens LLP
   15233 Valleyheart Drive
3  Sherman Oaks, CA 91403
   (818) 990-1299
4  dparisi@parisihavens.com
   shavens@parisihavens.com
5
   *Counsel for Plaintiff Kevin Ranger,*
6
   Camilo Echavarria (SBN 192481)
7  Davis Wright Tremaine LLP
   865 S. Figueroa Street, Suite 2400
8  Los Angeles, California 90017-2566
   (213) 633-6800
9  camiloechavarria@dwt.com
10 James C. Grant [Pro Hac Vice]
   Cassandra L. Kinkead [Pro Hac Vice]
11 Davis Wright Tremaine, LLP
   1201 Third Avenue, Suite 2200
12 Seattle, Washington 98101-3045
   (206) 622-3150
13 jimgrant@dwt.com
   cassikinkead@dwt.com
14
15 *Counsel for Defendant T-Mobile USA, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KEVIN RANGER, on their own behalf and on behalf of all others similarly situated,<br><br>        *Plaintiff*,<br><br>    v.<br><br>T-MOBILE USA, INC., a Delaware corporation,<br><br>        *Defendant*. | Case. No.: ED CV 08-01518 VAP (JCx)<br><br>**JOINT STIPULATION TO CONTINUE BRIEFING AND DISCOVERY DEADLINES AND HEARING ON CLASS CERTIFICATION**<br><br>The Hon. Virginia A. Phillips |

Joint Stipulation to Continue Class Certification Hearing And Related Dates
Case No. 5:08-cv-01518-VAP-(JCx)

DWT 13096791v4 0102559-000063

1

## STIPULATION

2     THE PARTIES, by and through their counsel, being in agreement, hereby

3     stipulate as follows:

4     1.     On May 4, 2009, this Court entered an Order setting discovery and

5     briefing schedules for class certification.  (Dkt. No. 29.)  Among other deadlines,

6     the Order set a discovery cut-off of August 14, 2009, for class certification-related

7     discovery, and set Wednesday, November 11, 2009, as the date for hearing the

8     motion for class certification.

9     2.     Plaintiff and Defendant need additional time to complete discovery.

10    3.     Furthermore, discussions regarding potential settlements involving

11    other actions and related parties – including aggregators and content providers –

12    may significantly impact the claims alleged in the instant lawsuit.  The parties could

13    therefore further benefit from additional time for the purpose of facilitating

14    settlement discussions.

15    4.     The May 4, 2009, Order also set the hearing on Class Certification for

16    Wednesday November 11, 2009, which is the Veteran's Day holiday.

17    5.     The parties believe there is good cause for the continuance of the

18    schedule for plaintiffs' class certification motion and associated pre-hearing

19    deadlines, as set forth herein.  The parties further believe that this request is

20    consistent with Local Rule 16-15, which encourages disposition of civil litigation

21    by settlement.

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28

Joint Stipulation to Continue Class Certification Hearing And Related Dates
Case No. 5:08-cv-01518-VAP-(JCx)

1

6.    The parties believe that the case deadlines should be set out an additional 45 days, as follows:

|  | Existing Deadline | Proposed Deadline |
|---|---|---|
| Initial expert designation for class certification | Aug. 7, 2009 | Sept. 24, 2009 |
| Rebuttal expert designation for class certification | Aug. 21, 2009 | Oct. 8, 2009 |
| Discovery Cut-off | Aug. 14, 2009 | Oct. 1, 2009 |
| Plaintiff's Motion for Class Certification | Sept. 11, 2009 | Oct. 29, 2009 |
| Defendant's Opposition to Class Certification | Oct. 9, 2009 | Nov. 26, 2009 |
| Plaintiff's Reply on Class Certification | Oct. 23, 2009 | Dec. 10, 2009 |
| Hearing on Motion for Class Certification | Nov. 11, 2009 | Jan. 6, 2010 |

IT IS HERBY STIPULATED AND AGREED:

Dated this 14th day of July, 2009

By:    _____s/ David C. Parisi____
DAVID C. PARISI
Parisi & Havens LLP
Attorneys for Kevin Ranger, on his
own behalf and on behalf of all
those similarly situated

By:    _____s/ Camilo Echavarria_____
Camilo Echavarria
James C. Grant (pro hac vice)
Cassandra Kinkead (pro hac vice)
Davis Wright Tremaine LLP
Attorneys for T-Mobile USA, Inc.