1   David C. Parisi (SBN 162248)
    Suzanne Havens Beckman (SBN 188814)
2   Parisi & Havens LLP
    15233 Valleyheart Drive
3   Sherman Oaks, CA 91403
    (818) 990-1299
4   dparisi@parisihavens.com
    shavens@parisihavens.com
5
    *Counsel for Plaintiff Kevin Ranger,*
6
    Camilo Echavarria (SBN 192481)
7   Davis Wright Tremaine LLP
    865 S. Figueroa Street, Suite 2400
8   Los Angeles, California 90017-2566
    (213) 633-6800
9   camiloechavarria@dwt.com

10  James C. Grant [Pro Hac Vice]
    Cassandra L. Kinkead [Pro Hac Vice]
11  Davis Wright Tremaine, LLP
    1201 Third Avenue, Suite 2200
12  Seattle, Washington 98101-3045
    (206) 622-3150
13  jimgrant@dwt.com
    cassikinkead@dwt.com
14
    *Counsel for Defendant T-Mobile USA, Inc.*

15              UNITED STATES DISTRICT COURT

16             CENTRAL DISTRICT OF CALIFORNIA

17                  EASTERN DIVISION

18

19  KEVIN RANGER, on their own behalf        Case. No.: ED CV 08-01518 VAP
    and on behalf of all others similarly                  (JCx)
20  situated,
                                             [PROPOSED] ORDER RE JOINT
21          *Plaintiff,*                     STIPULATION TO CONTINUE
                                             BRIEFING AND DISCOVERY
22          v.                               DEADLINES AND HEARING
                                             ON CLASS CERTIFICATION
23  T-MOBILE USA, INC., a Delaware
    corporation,
24                                           The Hon. Virginia A. Phillips
            *Defendant.*
25

26

27

28

Order Continuing Class Certification Hearing And Related Dates
Case No. 5:08-cv-01518-VAP-(JCx)

DWT 13101424v1 0102559-000063

1    ORDER

2    Based on the Joint Stipulation To Continue Briefing And Discovery

3    Deadlines And Hearing On Class Certification filed by the parties and good cause

4    having been shown, IT IS HEREBY ORDERED:

5    1.    The deadlines and schedules contained in the scheduling Order of May

6    4, 2009, (Dkt. No. 29) shall be continued for a period of approximately 45 days, as

7    follows.

| | Prior Deadline | New Deadline |
|---|---|---|
| Initial expert designation for class certification | Aug. 7, 2009 | Sept. 24, 2009 |
| Rebuttal expert designation for class certification | Aug. 21, 2009 | Oct. 8, 2009 |
| Discovery Cut-off | Aug. 14, 2009 | Oct. 1, 2009 |
| Plaintiff's Motion for Class Certification | Sept. 11, 2009 | Oct. 29, 2009 |
| Defendant's Opposition to Class Certification | Oct. 9, 2009 | Nov. 26, 2009 |
| Plaintiff's Reply on Class Certification | Oct. 23, 2009 | Dec. 10, 2009 |
| Hearing on Motion for Class Certification | Nov. 11, 2009 | Jan. 6, 2010 |

16

17    2.    Counsel for the Plaintiff is directed to promptly apprise the Court if

18    settlement negotiations result in a settlement that impacts the instant lawsuit.

19

20    Dated this _____ day of July, 2009.

21

22

23    _____
       JUDGE VIRGINIA A. PHILLIPS

24

25

26

27

28

Order Continuing Class Certification Hearing And Related Dates
Case No. 5:08-cv-01518-VAP-(JCx)                                                    1

DWT 13101424v1 0102559-000063